**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  Case No. 3:04-cr-159-J-32MMH

TERRELL JEFFREYS

---

**ORDER**

Based on the Eleventh Circuit's recent decision in Padgett v. Donald, 401 F.3d 1273 (11th Cir. 2005),[1] in which the Court upheld the constitutionality of a Georgia statute compelling incarcerated felons to submit to DNA collection, the Court finds defendant's Objection to the inclusion of a requirement that he submit to DNA collection as a term of supervised release (Doc. 43) is hereby **OVERRULED**.

**DONE AND ORDERED** at Jacksonville, Florida this 5th day of May, 2005.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Lisa Call, Esq. (FPD)
Ashley B. Moody, Esq. (AUSA)

---

[1] The Eleventh Circuit issued this decision after the parties' briefing on defendant's objection was complete.